IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TAMRA RENEE GUEST-WHITE                                                    PLAINTIFF

V.                                                        CAUSE NO.: 1:14CV172-SA-DAS

CHECKER LEASING, INC., and
JOEL G. SHORES, in his individual capacity                                DEFENDANTS

ORDER ON SUMMARY JUDGMENT

Pursuant to a Memorandum Opinion, the Motion for Summary Judgment [72] is GRANTED IN PART and DENIED IN PART.

SO ORDERED, this the 11th day of February, 2016.

                                                     /s/ Sharion Aycock
                                                    **U.S. DISTRICT JUDGE**