IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION


TAMRA RENEE GUEST-WHITE                                    PLAINTIFF

V.                                          CIVIL ACTION NO. 1:14-CV-00172-SA-DAS

CHECKER LEASING, INC., AND
JOEL G. SHORES                                            DEFENDANTS


### ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled, or is in the process of being

settled.   Therefore, it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that this action be dismissed without prejudice. The Court retains

complete jurisdiction to vacate this order and to reopen the action upon cause shown that

settlement has not been completed and further litigation is necessary.

This the 1st day of June, 2017.


　　　　　　　　　　　　　　　　　　 **/s/ Sharion Aycock　　　　　　　**
　　　　　　　　　　　　　　　　　　 **U.S. DISTRICT JUDGE**